RECEIVED
IN LAKE CHARLES, LA

JUL 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| THE GOODYEAR TIRE & RUBBER COMPANY | : | DOCKET NO. 04-822 |
| VS. | : | JUDGE TRIMBLE |
| CHARLES BRYANT KOUNTZ, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions for summary judgment as to Charles Bryant Kountz [doc. #27] and Vicki Darlene Kountz [doc. #28] are hereby **GRANTED** in favor of The Goodyear Tire & Rubber Company and accordingly, there is judgment in favor of Plaintiff, The Goodyear Tire & Rubber Company and against Defendants, Charles Bryant Kountz and Vicki Darlene Kountz, jointly, severally and in solido in the principal amount of $5,000,000.00 together with legal interest from date of judicial demand until paid in full plus 10% attorney fees on said principal and interest.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendants, Charles Bryant Kountz and Vicki Darlene Kountz, pay all costs of court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of July, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE